IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD P. MARBURGER, Trustee )
of the Olive M. Marburger Living Trust )
and THIELE FAMILY, LP, )
)
        Plaintiffs, )
)
v. ) Civil Action No.2:15-cv-00910-CRE
)
XTO ENERGY INC., )
)
        Defendant. )

**ORDER GRANTING MOTION FOR COUNSEL FEES,
AWARD OF COSTS AND EXPENSES AND INCENTIVE AWARDS**

Upon consideration of the Motion for Counsel Fees, Award of Costs and Expenses and Incentive Awards filed by Class Counsel, the Court hereby awards Class Counsel attorneys' fees in the amount of $3,303,000.00, costs and expenses in the amount of $205,746.65, additional costs and expenses in the amount of $10,200.00 for settlement administration and data services. The Court also grants incentive awards in the amount of $5,000 to each of the representative plaintiffs, Richard P. Marburger, and Thiele Family, LP.

*[signature]*
United States Magistrate Judge