## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD P. MARBURGER**, Trustee of the Olive M. Marburger Living Trust and **THIELE FAMILY, LP**,<br><br>Plaintiffs,<br><br>v.<br><br>**XTO ENERGY INC.**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.2:15-cv-00910-CRE<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

A small distributive share attributable to one class member who cannot be located is in the process of being escheated to the Commonwealth of Pennsylvania. As such, the parties stipulate that this action may be dismissed.

REED SMITH LLP

*/s/ Justin. H. Werner*
Justin H. Werner
PA I.D. No. 203111
jwerner@reedsmith.com
Nicolle R. Snyder Bagnell
PA I.D. No. 87936
nbagnell@reedsmith.com

225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Tel: (412) 288-3804
Fax: (412) 288-3063

*Counsel for Defendant*

JONES, GREGG, CREEHAN & GERACE, LLP

*/s/ David A. Borkovic*
David A. Borkovic
PA I.D. No. 23005
dab@jgcg.com

411 Seventh Avenue
Suite 1200
Pittsburgh, PA 15219
Tel: (412) 261-6400

*Counsel for Plaintiffs*